# United States District Court
## Violation Notice

(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| WER | W0873333 | D HUCKEL | 5049 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: 05/26/2025  07:46 AM

Offense Charged: [X] CFR  [ ] USC  [ ] State Code
50 CFR 26.22 (a)

Place of Offense: NATL ELK RFG - WY 2 mile

Offense Description: Factual Basis for Charge    HAZMAT [ ]
Failure to comply with refuge specific regulations specifically no night parking or camping

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| RULAND | DAVID | |

### VEHICLE

VIN:    CMV [ ]

| Tag No. | State | Year | Make/Model  PASS [ ] | Color |
|---|---|---|---|---|
| TK6 V4D | MO | 2014 | FORD FOCUS | WHITE |

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A [ ] If Box A is checked, you must appear in court. See instructions (on reverse side).. | B [X] If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |

**PAY THIS AMOUNT AT www.cvb.uscourts.gov →**

$ 150  Forfeiture Amount
+ $30  Processing Fee
$ 180  **Total Collateral Due**

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address:

Date:

Time (hh:mm):

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X  Defendant Signature

Defendant Copy    *W0873333*

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on May 26, 2025 while exercising my duties as a law enforcement officer in the _____ District of Wyoming

While patrolling the National Elk Refuge (Refuge), I Federal Wildlife Officer Daniel Huckel, did observe MO TK6 V4D parked in the pullout approximately 2 miles up the main Refuge road from the entrance. The car had condensation build up on the rear windows. I exited my vehicle and observed what appeared to be a person sleeping in a sleeping bag in the front passenger seat. I went around to the driver side and saw a person in a sleeping bag in the drivers seat, who appeared awake. There was a third person laying across the rear passenger seat. I identified the driver as David RULAND. I identified myself and asked RULAND if he saw the sign at the entrance of the Refuge that states night parking and camping are prohibited. He said he did not. He said they spent the night in the pullout.

I issued RULAND a Violation Notice, W0873333, for violating 50 CFR 26.22(a) violate special regulations on a refuge specifically no night parking or camping.

The foregoing statement is based upon:

☒ my personal observation    ☒ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 05/26/2025    *D Huckel*    File #: 4356
             Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
             Date (mm/dd/yyyy)    U.S. Magistrate Judge

**HAZMAT** = Hazardous material involved in incident; **PASS** = 9 or more passenger vehicle; **CDL** = Commercial drivers license; **CMV** = Commercial vehicle involved in incident